501 A.2d 632

**COMMONWEALTH, Petitioner,**

v.

**Barry Charles GORDON.**

Supreme Court of Pennsylvania.

Nov. 26, 1985.

Petition for Allowance of Appeal GRANTED, No. 154 E.D. Appeal Docket 1985.